
# Engineering Report Addendum

**EFI Global File No.:** 051.01034

August 8, 2025

**Insured:** Shawnda Blaine

9254 Highway 4 West

Senatobia, Mississippi 38668

**Date of Loss:** April 2, 2025

**Claim No.:** 1492799-252551

Prepared For:

**American Strategic Insurance**

Attn: Alex Mayeux

One ASI Way

St. Petersburg, Florida 33702

alexander_c_mayeux@progressive.com

Report Authored By:

Digitally signed
by: Blakeslee A
Partridge
Date: 2025.08.
09 10:48:05 -
05'00'

Technical Review By:

---

Blake Partridge, P.E.
Principal Engineer
Mississippi License No.: 25296
PE Expires: December 31, 2026

Firm Registration Number: 880

---

Anthony Firriolo
District Manager

## ASSIGNMENT

The assignment was originally received by EFI Global, Inc. (EFI) on June 25, 2025, from Alex Mayeux with American Strategic Insurance, and EFI issued a report of findings on July 7, 2025. Alex Mayeux requested clarification and additional information regarding EFI's damage conclusions at the subject property on July 11, 2025. This report is an addendum to EFI's original report.

The scope of this additional assignment was to review the provided Public Adjuster's estimate to determine whether the scope of repairs aligns with the extent of structural damages caused by the April 2, 2025, tornado.

In response to this additional request, Blake Partridge, P.E., (EFI) visited the loss location at 9254 Highway 4 West in Senatobia, Mississippi, on July 29, 2025. Mr. Richard and Mrs. Shawnda Blaine, the property owners, were present during our site visit to provide access to the property and background information. Mrs. Lauren Olmstead, a public adjuster, was also present to point out areas of concern and answer questions concerning her estimate for repairs. Mr. Dalton Crum with McCabe Construction, a general contractor, and Mr. Joe Gillette, a building consultant with Sedgwick, were also present.

EFI has performed an engineering assessment at the subject property located at the above loss location. EFI's findings, analysis, and conclusions, based on information available to-date, are included herein.

## METHODOLOGY

The information collected in relation to this assignment was analyzed and conclusions were developed based on this author's engineering training, knowledge, and experience, as well as inductive and deductive reasoning.

The procedures followed included:

1. Background information was obtained from Mr. Richard and Mrs. Shawnda Blaine, and the Blaines provided verbal consent to inspect the subject property.

2. EFI reviewed the following provided documents:
   a. Estimate dated June 23, 2025, prepared by Olmstead Claims Consulting.
   b. Photo Report dated June 22, 2025, prepared by Olmstead Claims Consulting.
   c. Undated independent field adjuster's Photo Report.
   d. Progressive Insurance estimate dated May 1, 2025.

3. Non-destructive onsite observations were made and documented with digital photography, and a representative selection of photographs is included with this report (Appendix A).

4. EFI researched the following:
   a. Google Maps Street View imagery.

5. A verbal update was provided to Alex Mayeux with American Strategic Insurance on August 1, 2025.

6. This written addendum report was authored at the request of Alex Mayeux.

## BACKGROUND

EFI inspected the subject property on July 2, 2025, and the purpose of that inspection was to determine the extent of damage from the April 2, 2025, tornado event and to determine if the building is repairable. A report of EFI's findings and conclusions was issued on July 7, 2025. The report concluded that the April 2, 2025, tornado



Exhibit E

caused large areas of asphalt shingles to be displaced, multiple punctures through the wood roof decking, displaced three wood posts at the carport area and one wood post at the front porch, and laterally shifted approximately 200 square feet of the south gable end wall. The report further concluded that the structure is repairable.

The provided estimate prepared by Olmsted Claims Consulting (Olmstead Estimate) lists numerous areas of damage repairs that were not specifically addressed in EFI's original report. The purpose of the second inspection and this addendum report is to address those areas of damage to the extent practicable.

## BUILDING SYSTEM DESCRIPTION

For purposes of this report, the house is considered to face east with Highway 4 to its north. The house is a one- and one-half-story wood-framed structure built over a concrete slab-on-grade foundation (Photographs 1 through 4). The exterior walls are clad with brick veneer and board-and-batten wood siding, and the roof is covered with dimensional-style asphalt shingles. The property includes a detached carport connected to the house by a breezeway and a detached garage, both of which are also considered to face east. The carport and detached garage are wood-framed structures constructed over concrete slab-on-grade foundations (Photographs 5 through 8).

## SITE OBSERVATIONS

Observations were limited to visual examinations and measurements of accessible portions of the subject property. Removal of finish materials, qualitative testing, excavation, or other work not specifically described herein was not conducted.

Observations were photographed to document conditions at the subject property on the date of the site visit that were related to the scope of this assignment. Not all damage or distress that may be present was necessarily observed or photographed; however, the selected photographs provide an indication of the types, severity, and distribution of the observed conditions. The photographs may also document unusual or contributing conditions that may exist. A sampling of photographs captured to document findings and observations are attached to this report (Appendix A). Additional photographs captured are available upon request.

Based on a review of the Olmstead Estimate, specific areas were evaluated as cited below. During this investigation, the following observations were made:

### EXTERIOR OBSERVATIONS:

The Olmstead Estimate calls for the removal and replacement of all brick veneer from the house and both detached structures. The brick veneer is plumb at all corners around the house, carport, and detached garage, and the brick wainscot's ledge is level beneath the siding across the house's front (east) side (Photographs 9 through 13).[1] The brick windowsills are level around the house (Photograph 14). The brick veneer is not fractured or displaced, and no cracks extend from the window and door openings.

Sporadic vertical cracks are in individual brick units on all sides of the house, and these cracks vary from less than $1/64$ inch (hairline) to about $1/32$ inch wide (Photograph 15). The cracks have dull edges and glazed interior faces. The brick cracks do not extend into the adjacent mortar joints, and mortar extends into a number of the wider cracks (Photograph 16). The brick veneer around the addition on the house's west side has significantly fewer cracks in the brick units.

---

[1] Based on the level-bubble markings, the tolerance for level or plumb is defined as ±0.4 degree.

Gaps up to $1/8$ inch wide extend up the vertical corner joints on both sides of the addition's junction with the house's west wall (Photographs 17 and 18). The gaps contain dull-colored brick and mortar, and unbroken moss bridges the gaps at the base of the wall. A single brick is missing from the front wainscot's brick ledge, and the exposed mortar is dull, dirty, and algae stained (Photograph 19).

One north-facing batten is indented and fractured at the inset corner north of the front doorway, and the fracture exposes bright-colored wood (Photograph 20). The board-and-batten siding elsewhere across the house's east side is not fractured or displaced, and the east-facing gable vent is not fractured or displaced (Photograph 21). The paint is generally peeled, worn, and partially missing throughout the siding, and check cracks are sporadic in most of the boards and battens (Photographs 22 and 23). Where exposed, the wood shutters are not fractured or displaced across the front of the house (Photograph 24). The battens are warped and pulled away from the siding boards in numerous areas, including the western south-facing gable, and paint extends beneath a number of these warped battens, with paint partially covering many of the exposed nail shanks (Photograph 25). The eastern south-facing gable wall is displaced outward across the bottom, exposing bright-colored framing and insulation (Photograph 26). The brick veneer beneath the displaced framing is not cracked or displaced. One stained and deteriorated facia board about 12 inches long is partially detached at an inset corner above the west wall, and the fascia boards, soffit panels, vents, and frieze boards are not detached or displaced elsewhere around the house (Photograph 27).

The front door's etched outer windowpane is fractured, and the painted vinyl trim around the window is not cracked or detached (Photograph 28). The doorway's trim caulking is cracked with dull, rounded edges along the side interface with the brick veneer, and no gaps or separations are in the door casing or trim corner connections (Photograph 29). The door and its frame are plumb and square (Photograph 30). The north-facing door to the carport breezeway is dented or fractured, and the door and its frame are plumb and square (Photograph 31).

The addition's north-facing exterior door's outer windowpane is shattered, and the painted vinyl trim and external grid covering the window are not cracked or detached (Photograph 32). No gaps or separations are in the door casing or upper trim corner connections, but the lower portion of the doorway trim is fungal stained, warped, and deteriorated (Photograph 33). The door and its frame are plumb and square (Photograph 34).

The addition's north-facing window near the shattered door window is not fractured, dented, or displaced, and the window frame is plumb (Photograph 35). The bottom half of the west-facing window near the house's southwest corner is covered with tape residue, and its lower sash's insulated glass unit (IGU) has a bright-colored spacer between the panes, and clear silicone sealant around its perimeter (Photograph 36). The window is not displaced, and its frame is plumb (Photograph 37). Beyond the boarded-up east-facing windows, the window frames around the house and detached garage are not bent or displaced.

The breezeway's plywood ceiling panels, lights, soffit panels, fascia boards, and other trim are not detached or displaced, and the perimeter beams are level (Photographs 38 and 39). The carport's plywood ceiling panels, lights, soffit panels, fascia boards, and other trim are not detached or displaced, and the perimeter beams are level (Photographs 40 and 41). The carport's storage room doorway is plumb, and it opens and closes without binding (Photograph 42). The boards and battens are heavily warped and check cracked throughout the carport's west-facing gable, and paint extends beneath many of the warped battens (Photograph 43). The gable vent is not detached or displaced, and one blocking board is missing between battens along the vent's bottom edge with dull-colored wood exposed (Photograph 44).

Numerous dents, scuffs, and abrasions are in the detached garage's overhead door panels, and one of its upper panel windows is broken (Photograph 45). The overhead door is not bowed inward or outward and is not detached or displaced. One siding board is gouged and fractured with bright-colored wood exposed adjacent to



# Exhibit E

the overhead doorway (Photograph 46). The soffit panels, fascia, and frieze boards are not detached or displaced around the garage eaves. An elevated wood deck is attached to the garage's west side, and the deck's stairway, railing, and decking boards are dried, cracked, warped, fungal stained, and deteriorated throughout (Photograph 47). An approximate 8-foot section of the deck's nominal 2-inch by 4-inch (2x4) railing assembly is missing from the west side, and two 2x4 balusters are missing from the north railing (Photograph 48). Bright-colored screws remain in one post at the missing railing section. The detached section of railing is generally intact and has bright wood exposed at the torn-out end connections (Photograph 49). The decks underlying framing is not fractured, detached, or displaced, and the soil is not disturbed around its embedded support posts (Photograph 50).

An approximately 80-foot section of the wood fence remains at the west end of the property's northern border, and several top rail sections are fractured (Photographs 51 and 52). The asphalt driveway is cracked, crumbled, and generally deteriorated at the north entrance, between the brick posts (Photograph 53). Similar cracking and deterioration are throughout the driveway, and several areas are historically patched (Photograph 54).

### Interior Observations

Three of the boarded-up windows are in the dining room's east wall, and the center window's interior side is covered with plastic sheeting (Photograph 55). The exterior panes are broken in both sashes of the two exposed windows (Photograph 56). The window frames are not bent or displaced, and the casings, trim, and stools are not fractured or displaced on any of the three dining room windows (Photograph 57). The sheet-vinyl flooring is torn in multiple areas along a seam that spans the opening between the kitchen and dining room, and the edges of these tears are smooth and worn (Photograph 58).

Several cracks with sharp edges and bright-colored drywall exposure extend from doorways and window openings (Photograph 59). These cracks are not laterally offset, and the walls adjacent to the cracks are plumb. Water stains are on multiple ceilings, and the stains vary from light to dark brown in color (Photograph 60). No deterioration or drywall-texture delamination is associated with any of these ceiling stains. The locations of these stains were documented by the building consultant onsite during the inspection. No ceilings are punctured, fractured, or displaced.

## Documents Reviewed

The Olmstead Claims Consulting estimate is dated June 23, 2025, and includes removal and replacement of the following exterior components: all soffit and wood fascia; soffit vents; gable vents; plywood ceilings from the carport and breezeway; wood shutters; board & batten siding; and brick veneer. Removal and replacement of 19 windows and two exterior doors is included within the interior portion of the estimate. The Olmsted Estimate also includes full replacement of the wood deck on the detached garage, the wood fence across the property's north side, and repaving the entire asphalt driveway. The interior portion of the Olmstead Estimate includes the removal and replacement of all flooring, most of the ceilings, all the walls in the living room and dining room, and portions of walls in other areas of the house.

The Olmstead Claims Consulting Photo Report is dated June 22, 2025, but the photographs indicate numerous dates and do not state the source of these photographs, and all captions state "Creator: Lauren Olmstead." A number of the photographs are duplicates of photographs included in the field adjuster's Photo Report.

Based on information provided, the undated independent field adjuster's Photo Report includes photographs taken by Michael Brown of Best Solutions during his inspection on April 6, 2025. These photographs depict the front windows boarded over and tarpaulins on the roofs, generally consistent with those observed during EFI's inspections. Many of the downed trees and other debris from the storm remain on the property in these April 6, 2025, photographs.

 Exhibit E

# RESEARCH

**HISTORICAL PHOTOGRAPHS:**

Street View images from Google Maps dated August 2023 depict the trees and fence along the property's north side, prior to the April 2, 2025, tornado (Figure 1).[2] The asphalt driveway is cracked and deteriorated consistent with the conditions observed during EFI's inspection (Figure 2).



**Figure 1: August 2023 Street View Photograph of the Property Entrance Looking West along Highway 4**



**Figure 2: August 2023 Street View Photograph of the Property Entrance**

---

[2] Google LLC (2025). *Google Maps.* https://www.google.com/maps/.



## DISCUSSION AND ANALYSIS

The sporadic cracks in individual brick units have dull edges and dull, glazed interiors in the cracks sufficiently open to observe the interior, indicating the cracks are historical. The cracks do not extend into the mortar joints, and mortar extends into a number of the cracks, indicating the brick units were cracked prior to installation. The brick cracks are consistent with "dryer cracks" that occur during manufacturing and are more common in brick styles that have rough, textured, or distresses faces meant to create a rusticated appearance.[3,4] The cracks form during the drying process after the clay bricks are formed and prior to being fired in the kiln. They are typically vertical and do not extend all the way through the brick. Dryer cracks do not affect the structural capacity of the brick. The brick veneer is plumb at the corners and is not fractured or displaced. The brick veneer on the house, carport, and detached garage was not damaged by the tornado.

One siding board on the house and one siding board on the detached garage are fractured with bright-colored wood exposure, consistent with recent windborne debris impacts. The board-and-batten siding is extensively weathered with peeled and missing paint, warped boards, and check cracking throughout, consistent with age-related deterioration and deferred maintenance. Numerous battens are warped and pulled away from siding, and paint extends beneath many of these separated battens, indicating the separations are historical conditions, predating the tornado. These historical separations and overall deterioration rendered the siding susceptible to damage by wind. However, no battens are missing, indicating that at most, the tornado winds exacerbated the pre-existing batten separations, and the battens can be refastened back tight to the underlying siding boards. The eastern south-facing gable wall is detached along its bottom edge and displaced outward, consistent with wind pressure from the tornado, but the displaced gable's siding is not fractured, detached, or missing. Beyond the two impact-fractured boards on the house and detached garage, the board-and-batten siding was not structurally damaged by the tornado and can be repaired in place.

The soffits, fascia boards, and frieze boards around the house, carport, and garage are not detached or missing, indicating they were not damaged by the tornado. The plywood ceilings in the breezeway and carport are not punctured, fractured, detached, or displaced, indicating they were not damaged by the tornado.

Six of the eight boarded-over windows were not directly inspected. However, two boarded windows and the other windows with and without broken panes are plumb and not bent or displaced, indicating only the broken insulated glass units (IGU) need to be replaced. One west-facing window has a bright-colored spacer between its lower sash panes and clear sealant around that IGU, indicating this IGU has been replaced somewhat recently, prior to the tornado. IGUs can be replaced without replacing the entire window frame, and the IGUs can be sourced from local glass companies or ordered from numerous online vendors. Similarly, the front door and addition door with broken IGUs are not bent or displaced, and the doorways are plumb, indicating the entire doorway does not need to be replaced. The 19 windows and two exterior doors cited in the Olmsted Estimate can be repaired in place and do not require complete removal and replacement of the module and frame.

No ceilings in the house are punctured or fractured. The drywall is not deteriorated, and the texture is not delaminated at any of the ceiling stains throughout the house, indicating the ceilings do not need to be removed. The drywall cracks extending from multiple windows and doors are not offset across the edges, and the walls are plumb, indicating the cracks do not represent structural damage to the framing. Most of these cracks have sharp edges and contain bright-colored drywall, indicating the cracks are recent. However, interior cracks are not exposed to the elements and do not weather, rendering it difficult to date such cracks. While the cracks are

---

[3] ACME Brick, *TSD 162 – Face Cracks on Brick,* https://brick.com/resources/view-sourcebooks/technical-services-digests/.
[4] General Shale Brick, *Tech Bulletin – Hairline Cracks,* https://generalshale.com/wp-content/uploads/2022/03/Tech_Bulletin_Hairline-Cracks_March-2022_GSB.pdf.



Exhibit E

consistent with vibrational forces from wind and windborne debris impacts during the tornado event, they are also consistent with foundation settlement and seasonal hygrometric expansion. The drywall cracks can be patched and painted.

The elevated wood deck attached to the garage is fungal stained and deteriorated with various stained and weathered splits, check cracks, and gaps throughout the stairs, decking, and railings. Bright fasteners remain in the post at the displaced section of railing, and bright wood is exposed at fastener tear-outs on the displaced railing section, indicating the railing was forcibly detached recently. However, the detached section is intact and is not fractured, indicating the limb impact or other force did not otherwise structurally damage the deck. The underlying floor framing is not fractured or displaced, indicating the deck was not structurally damaged by the tornado. The extent of tornado damage to the wood deck is a nominal 8-foot section of the 2x4 railing assembly and two 2x4 balusters.

Based on the historical Street View images, a wood fence extended across most of the property's northern boundary prior to the tornado, and the asphalt driveway was cracked and deteriorated at the entrance. Approximately 80 linear feet of fence remain in the wooded area at the northern boundary's west end, but the top rail is broken in several sections. About 480 linear feet of the post-and-rail wood fence was damaged by the tornado. While two trees near the driveway entrance were downed by the tornado, the asphalt was deteriorated and cracked in this area and throughout, prior to the tornado, rendering a determination of whether these downed trees caused additional cracking indeterminable. Any damage resulting from these downed trees would have occurred within an approximately 30 feet by 10 feet area between the road and brick entrance posts, which can be overlain.

## CONCLUSIONS

The analysis of available evidence related to this assignment supports the following opinions:

1. The sporadic cracks in individual brick units are dryer cracks that formed during the manufacturing process and do not affect the structural capacity of the brick.

2. The brick veneer on the house, carport, and detached garage was not damaged by the tornado.

3. One siding board on the house and one siding board on the detached garage are fractured with bright-colored wood exposure, consistent with recent windborne debris impacts.

4. The tornado winds exacerbated the pre-existing age-related batten separations, and the battens can be refastened back tight to the underlying siding boards.

5. Beyond the two impact-fractured boards on the house and detached garage, the board-and-batten siding was not structurally damaged by the tornado and can be repaired in place.

6. The soffits, fascia boards, and frieze boards around the house, carport, and garage were not damaged by the tornado.

7. The plywood ceilings in the breezeway and carport were not damaged by the tornado.

8. The broken insulated glass units in up to 10 windows and 2 exterior doors can be repaired in place and do not require complete removal and replacement of the module and frame.

9. The drywall is not deteriorated, and the texture is not delaminated at any of the ceiling stains throughout the house, indicating the ceilings do not need to be removed.

10. The drywall cracks extending from multiple windows and doors do not represent structural damage to the wall framing and can be patched and painted.

Exhibit E

11. The extent of tornado damage to the wood deck is a nominal 8-foot section of the 2x4 railing assembly and two 2x4 balusters.

12. About 480 linear feet of the post-and-rail wood fence was damaged by the tornado.

13. Any driveway damage resulting from the downed trees would have occurred within an area approximately 30 feet by 10 feet between the road and brick entrance posts, which can be overlain.

14. All other conclusions of EFI's original report remain unchanged.

EFI appreciates this opportunity to provide consulting services related to this matter. Please contact us should any questions arise concerning this report, or if we may be of further assistance.

## APPENDICES

The following appendices are attached to this report and should be considered as part of the report:

•      Appendix A – Photographs

## LIMITATIONS

The information presented in this report addresses the limited scope of work related to the evaluation of this assignment. The opinions presented in this report have been made to a reasonable degree of scientific and engineering certainty based upon the information available at the time this report was authored. This report only describes the conditions present at the time of EFI's examination and is only based upon the observations made. This analysis is not intended to fully delineate or document every defect or deficiency throughout the subject property. Should additional information which relates to this evaluation become known, EFI reserves the right to alter the opinions contained in this report, as necessary.

This report is furnished as privileged and confidential to the addressee. Release to any other company, concern, or individual is solely the responsibility of the addressee. Any verbal statements made before, during, or after the course of the assignment were made as a courtesy only and are not considered a part of this report.



Exhibit E

**APPENDIX A**

PHOTOGRAPHS

efi global

**Exhibit E**

*Photographs*



**Photo No. 1:**   East-facing (front) elevation.



**Photo No. 2:**   North-facing elevation.

Exhibit E

*Photographs*



**Photo No. 3:** West-facing (rear) elevation.



**Photo No. 4:** South-facing elevation.

---

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*

Exhibit E

*Photographs*



**Photo No. 5:**    East-facing (front) elevation of the carport.



**Photo No. 6:**    East-facing (front) elevation of the detached garage.

efi global

Exhibit E

*Photographs*



**Photo No. 7:**   North-facing elevation of the detached garage.



**Photo No. 8:**   West-facing elevations of the carport and detached garage.



**Photo No. 9:**    Typical plumb readings at the house corners.



**Photo No. 10:**    Typical plumb readings at the house corners.

efi global

Exhibit E
*Photographs*



**Photo No. 11:** Typical plumb readings at the house corners.



**Photo No. 12:** Typical plumb readings at the carport and detached garage corners.

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*



**Photo No. 13:** The brick wainscot ledge is level.



**Photo No. 14:** Typical level windowsill.

efi global

Exhibit E

*Photographs*



**Photo No. 15:** Typical area of sporadic vertical cracks in individual bricks.



**Photo No. 16:** The cracks do not extend into the mortar joints, but mortar extends into several cracks (bottom row).

efi global

Exhibit E

*Photographs*



**Photo No. 17:** Gap at vertical corner joint where the addition adjoins the house's west wall, and unbroken moss covers the gap near the ground.



**Photo No. 18:** Gap at vertical corner joint where the addition adjoins the house's west wall.

*efi* global

*Photographs*



**Photo No. 19:**   Missing brick at corner of the wainscot ledge with dull, dirty, algae-stained mortar exposed.



**Photo No. 20:**   Siding fracture on north face at corner north of the front doorway.

---

# Exhibit E

*Photographs*



**Photo No. 21:** The board-and-batten siding and gable vent are not detached or displaced.



**Photo No. 22:** The board-and-batten siding is weathered and warped.

---

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*

**efi global**

*Photographs*



**Photo No. 23:** The board-and-batten siding is check cracked.



**Photo No. 24:** These shutters are not fractured or displaced.

---

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*

efi global

Exhibit E

*Photographs*



**Photo No. 25:** The battens are warped and separated, and paint partially covered the exposed nail shank.



**Photo No. 26:** This south-facing gable wall is detached and displaced outward along the bottom edge, but its siding remains intact.

---

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*

efi global

# Exhibit E

*Photographs*



**Photo No. 27:** The soffits, fascia boards, and frieze boards are not detached or displaced around the house.



**Photo No. 28:** The front door's outer windowpane is shattered.

**efi global**



**Photo No. 29:** The door casing is not displaced or separated at the corners, and the caulk gap is dull and rounded.



**Photo No. 30:** The front doorway is plumb.



**Photo No. 31:**    The carport doorway is plumb, and the door window is not broken.



**Photo No. 32:**    The addition's exterior door's outer windowpane is shattered.



**Photo No. 33:** The addition's door frame is not displaced but is fungal stained and deteriorated at the bottom.



**Photo No. 34:** The addition's door and door frame are plumb.

**efi global** — Exhibit E

*Photographs*



**Photo No. 35:** The addition's north-facing window frame is plumb and is not displaced.



**Photo No. 36:** The spacer is bright-silver colored in this window, and clean, clear sealant is around the insulated glass unit. Tape residue is on the frame.

---

*Insured: Shawnda Blaine*
*EFI Global File #: 1492799-252551*

*Site Visit Date: July 29, 2025*

efi global

Exhibit E

*Photographs*



**Photo No. 37:**   The window is not bent or displaced.



**Photo No. 38:**   The breezeway ceiling panels are not detached or displaced.

efi global

*Photographs*



**Photo No. 39:**   The breezeway trim is not detached or displaced, and the beams are level.



**Photo No. 40:**   The carport ceiling panels are not detached or displaced.

---

*Insured: Shawnda Blaine*　　　　　　　　　　　　　　　*Site Visit Date: July 29, 2025*
*EFI Global File #: 1492799-252551*

efi global *Photographs*



**Photo No. 41:**   The carport soffits and trim are not detached or displaced, and the beams are level.



**Photo No. 42:**   The storage room doorway is plumb, and the door operates without binding.

**efi global**

Exhibit E

*Photographs*



**Photo No. 43:** The carport's west gable siding is warped and check cracked, and paint extends beneath a number of the warped battens.



**Photo No. 44:** The carport's west gable vent is not detached or displaced, and a blocking board is missing.

efi global

Exhibit E

*Photographs*



**Photo No. 45:** Numerous dents are in the detached garage's overhead door panels.



**Photo No. 46:** Fractured siding board on the garage's east-facing wall.

efi global

Exhibit E

*Photographs*



**Photo No. 47:** The wood deck is check cracked, fungal stained, and deteriorated.



**Photo No. 48:** A section of railing is missing with bright screws exposed, and two balusters are missing.

*Photographs*



**Photo No. 49:**  The detached railing section is intact and has bright-colored tear-outs at the ends.



**Photo No. 50:**  The deck's floor framing is not fractured or displaced.

efi global

Exhibit E
*Photographs*



**Photo No. 51:** A section of the wood fence remains in the wooded area near the property's northwest corner.



**Photo No. 52:** Fence terminus at the property's northwest corner.

*efi global*

*Photographs*



**Photo No. 53:**   The driveway is cracked and deteriorated at the entrance posts.



**Photo No. 54:**   The driveway is cracked and deteriorated throughout and has several historical patches.

efi global

Exhibit E
*Photographs*



**Photo No. 55:** The dining room's boarded-up windows.



**Photo No. 56:** The outer pane is broken, but the frame is not bent or displaced.

Exhibit E
*Photographs*



**Photo No. 57:**   The outer pane is broken, but the frame and trim are not bent or displaced.



**Photo No. 58:**   The sheet-vinyl flooring is torn along a seam at the kitchen entrance.

Exhibit E

*Photographs*



**Photo No. 59:**   Typical drywall crack above a window with bright-colored drywall exposed.



**Photo No. 60:**   Typical ceiling stains throughout the house with no texture delamination.